DLM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | C.A.: |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CA 06 426-S |
| David A. Tammelleo | ) | |
| | ) | |
| Defendant. | ) | |

COMPLAINT

Now comes the plaintiff, the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Michael P. Iannotti, Assistant United States Attorney for the District of Rhode Island, and states as follows:

1. That this action is brought by the United States of America, with jurisdiction provided by 28 U.S.C., Section 1345.

2. That the defendant, David A. Tammelleo, is a resident of the District of Rhode Island.

3. The defendant is indebted to the United Sates of America in the amount of $93,477.14, plus costs and additional

interest on the principal amount, by reason of his default in repayment of:

(a) guaranteed student loans in the principal amount of $18,302.52 plus interest at 6.50% per annum and;

(b) guaranteed student loans in the principal amount of $40,334.22 plus interest at 6.10% per annum.

4. Demand for payment has been made upon the defendant by the plaintiff for the amount due but the said amount remains unpaid.

Wherefore, the plaintiff, the United States of America, requests judgment in its favor against the defendant for the total amount of $93,477.14, plus additional interest that accrues at the pre-judgment rates set forth in paragraph 3 above from September 27, 2006 until the date of judgment; plus additional interest that accrues thereafter at the legal post-judgment rate pursuant to the provisions of 28 U.S.C. § 1961, until the judgment is satisfied in full.

Plaintiff further demands that the defendant pay the required filing fee of $350.00, pursuant to 28 U.S.C. § 2412(a)(2), plus future costs as provided by law.

Respectfully submitted,
UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

MICHAEL P. IANNOTTI
Assistant U.S. Attorney
Bar No. 2919
50 Kennedy Plaza
8th Floor
Providence, Rhode Island 02903
(401) 709-5000