IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. David A. Tammelleo Defendant | ) | C.A.: 06-426S |

## ANSWER

Now comes the defendant, David A. Tammelleo, and answers the complaint as follows:

1. The defendant admits the allegations in paragraph 1.

2. The defendant admits the allegations in paragraph 2.

3. The defendant is without knowledge or information sufficient to form a belief as to the truth of plaintiff's allegations in paragraph 3 and leaves the plaintiff to prove same as to both subsections (a) & (b).

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of plaintiff's allegations in paragraph 4 and leaves the plaintiff to prove same.

WHEREFORE, the defendant requests such relief as this Honorable Court deems just.

Respectfully submitted by
Defendant,

David A. Tammelleo
80 Coolspring Drive
Cranston, Rhode Island 02920
Telephone (401) 944-1865

Dated: 27 November 2006

CERTIFICATION

I, the undersigned, hereby certify delivery by first class mail, postage pre-paid, a true and accurate copy of the within to Michael P. Iannotti, Esquire, Assistant U.S. Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903 on the 27th day of November 2006.