IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, PLAINTIFF, )
)
vs. ) C.A. No. 06-426S
)
DAVID A. TAMMELLO, DEFENDANT. )

PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT

The defendant, David A. Tammello, is indebted to the United States Department of Education in the amount of $93,477.17 plus costs and additional interest by reason of his default in repayment of six student loans.

**I. Facts**

The defendant executed six promissary notes between June 5, 1992 and August 22, 1994 to secure student loans which were guaranteed by the United States Department of Education. The institutions making the loans thereafter made demand on the United States Department of Education for payment on its guarantee. The payments on the guarantees were made by the United States Department of Education and, as a result, the defendant is indebted to the United States Department of Education in the amount of $93,477.17 plus costs and additional interest.

## II. LEGAL AUTHORITIES

To obtain a judgement on a defaulted student loan, the government must prove (1) that the defendant executed the note, (2 ) that the government is the present owner or holder of the note, and (3) that the note is in default. United States v . Ritzie, 240 F.3d 1074 (5th Cir. 2000)(table); United States v. Davis, No. Civ. 4:00-CV -0539 -E, 2001 U.S. Dist. LEXIS 4434 at 2 (N .D. Tex . April 9 , 2001 ); United States v. Durbin, 64 F.Supp. 2d 635 (S.D. T ex. 1999); United States v. Williams, No. 3:97 CV 1713-P, 1998 U.S. Dist. LEXIS 14829 at 3 (N.D. Tex . Sept. 14, 1998 ).

The government's evidence will include the promissory notes signed by the defendant along with testimonial and / or documentary evidence of the specific amount that is owed. Once the government submits such evidence, the burden will shift to the defendant to prove that proper credits have not been applied to the current outstanding balance. United States v. Williams at at 2, citing United States v. Irby, 517 F.2d 1042, 1043 (5th Cir. 1975).

## III. DISCOVERY

The government does not anticipate that any discovery will be necessary.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI, #2919
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401/709-5000
401/709-5017 (fax)
michael.iannotti@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2006, I electronically filed the within Plaintiff's Pretrial Conference Statement with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following non-participant has received notice via regular mail:

David A. Tammelleo
80 Coolspring Drive
Cranston, RI 02920
401-944-1865

/s/ Michael P. Iannotti
MICHAEL P. IANNOTTI