IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, Plaintiff )
)
v. ) Civil No. 06-426S
)
DAVID A. TAMMELLEO, Defendant )

MOTION FOR ENTRY OF CONSENT JUDGMENT

The plaintiff, United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Dulce Donovan, Assistant United States Attorney for the District of Rhode Island, hereby moves as follows:

1. On May 16, 2007, the Court conducted a status conference in this case. At the conference, the Court gave the Defendant 30 days to make a payment. If no payment was received in 30 days, the United States was permitted to file a motion for a Consent Judgment.

2. To date, no payment has been received from Defendant.

3. Accordingly, the United States moves to enter a Consent Judgment in this matter.

4. The defendant, is indebted to the United States of America in the amount of $96,467.19, plus costs and additional interest on the principal amount, by reason of his default in repayment of:

(a) a guaranteed student loan in the principal amount of $4,886.92 plus interest at 6.5% per annum executed on or about March 23, 1993;

(b) a guaranteed student loan in the principal amount of $13,415.60 plus interest at 6.5% per annum executed on or about June 8, 1993;

(c) a guaranteed student loan in the principal amount of $8,568.26 plus interest at 6.1% per annum executed on or about June 5, 1992;

(d) a guaranteed student loan in the principal amount of $9,684.89 plus interest at 6.1% per annum executed on or about June 8, 1993;

(e) a guaranteed student loan in the principal amount of $9,712.48 plus interest at 6.1% per annum executed on or about June 1, 1994, and;

(f) a guaranteed student loan in the principal amount of a $12,368.59 plus interest at 6.1% per annum executed on or about August 22, 1994.

5. There exists no material issue of fact or law to be decided by the Court.

6. The defendant, consents and agrees to the entry of Consent Judgment in favor of the United States of America and against the defendant, in the amount of $96,467.19, plus additional interest on the principal amount, which accrues daily at the rates set forth in paragraph 1, from July 23, 2007 until the entry of judgement.

7. In addition to the pre-judgment interest set forth in paragraph 4 above, post-judgment interest shall accrue at the legal rate in effect on the date of entry of judgment, and will be compounded annually on the anniversary date of said judgment, until the entire judgment is satisfied in full, pursuant to the provisions of 28 U.S.C. § 1961.

8. A monthly repayment amount shall be determined by the United States Attorney's office, subject to reevaluation based on complete and accurate financial information that the defendant, herewith agrees to supply at least every twelve (12) months. The defendant further agrees to notify plaintiff prior to any change in address or employment.

9. The defendant consents and agrees to pay the required filing fee of $350.00 pursuant to 28 U.S.C. § 1914(a), in addition to the amount set forth in paragraph 4.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Civil Chief
Assistant U.S. Attorney
Bar No. 2609550
50 Kennedy Plaza,
8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov