IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUL 24 2007
Property of U.S. District Court
District of Rhode Island

UNITED STATES OF AMERICA, Plaintiff )
)
)
v. ) Civil No. 06-426S
)
DAVID A. TAMMELLEO, )
Defendant )

CONSENT JUDGMENT

Pursuant to the Motion for Entry of Consent Judgment, filed herein by the United States, and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment shall enter in favor of the plaintiff, the United States of America, and against the defendant, David A. Tammelleo, in the amount of $96,467.19, plus additional interest on the principal amount, which accrues daily at the rates set forth in paragraph 4 of the Motion for Entry of Consent Judgment, until the entry of judgment.

IT IS FURTHER ORDERED that post-judgment interest shall accrue at the legal rate in effect on the date of entry of judgment and shall be compounded annually until judgment is satisfied in full, pursuant to the provisions of 28 U.S.C. § 1961.

IT IS FURTHER ORDERED that the defendant, David A. Tammelleo, shall pay the required filing fee of $350.00 pursuant to 28 U.S.C. as prescribed under 1914(a), in addition to the amount set forth in paragraph 4 of the Motion for Entry of Consent Judgment.

SO ORDERED this _______day of __________________, 2006.

By order:

____________________________

Enter:

____________________________
U.S. District Court Judge

Date: 7/24/07